[No. 55169-8-I. Division One. December 19, 2005.]

LEMERY INSURANCE AGENCY, L.L.C., ET AL., *Appellants,* v.
FARMERS INSURANCE GROUP OF COMPANIES ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 03-2-23809-1, Douglass A. North, J., entered
October 29, 2004. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Appelwick, A.C.J., and
Schindler, J.

[No. 55192-2-I. Division One. December 19, 2005.]

NANCY ALEXANDER ANDERSON ET AL., *Appellants,* v. ELIZABETH
LUFBURROW ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 03-2-23440-1, Charles W. Mertel, J., entered
October 14, 2004. *Affirmed* by unpublished opinion per
Becker J., concurred in by Baker and Ellington, JJ.

[No. 55276-7-I. Division One. December 19, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. VIRGILIO PEREZ
FAJARILLO, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 03-1-00185-1, James H. Allendoerfer, J.,
entered October 12, 2004. *Remanded* by unpublished per
curiam opinion.

[No. 55439-5-I. Division One. December 19, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. DEON SMITH,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 04-1-12461-8, Brian D. Gain, J., entered
February 10, 2005. *Reversed* by unpublished per curiam
opinion.